B1 (Official Form 1) (12/11)

# United States Bankruptcy Court
## Southern District of Florida

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**Freeman, Maria J** | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):  **9783** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1101 River Reach Dr, Unit #416**<br>**Ft Lauderdale, FL**<br>ZIPCODE **33315** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br><br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Broward** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>**POB 14303**<br>**Ft Lauderdale, FL**<br>ZIPCODE **33302** | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)
  _____

**Chapter 15 Debtor**
Country of debtor's center of main interests:
_____
Each country in which a foreign proceeding by, regarding, or against debtor is pending:
_____

**Nature of Business**
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other
  _____

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [x] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| B1 (Official Form 1) (12/11) | | Page 2 |
|---|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Freeman, Maria J** | |

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **Southern District Of Florida "Broward"** | Case Number: **12-19908-JKO** | Date Filed: **04/24/2012** |
| Location Where Filed: **N/A** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Freeman, Maria J** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X */s/ Maria J. Freeman*<br>Signature of Debtor     **Maria J. Freeman**<br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br>**January 2, 2013**<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only **one** box.)<br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br>_____<br>Printed Name of Foreign Representative<br>_____<br>Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Petition Preparer** |
| X */s/ Chad T. Van Horn*<br>Signature of Attorney for Debtor(s)<br><br>**Chad T. Van Horn 64500**<br>**Van Horn Law Group P.A.**<br>**330 N. Andrews Ave Suite 450**<br>**Fort Lauderdale, FL 33301-0000**<br>**(954) 765-3166  Fax: (954) 756-7103**<br><br><br><br>**January 2, 2013**<br>Date<br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br>_____<br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br>_____<br>Address |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br>_____<br>Printed Name of Authorized Individual<br>_____<br>Title of Authorized Individual<br>_____<br>Date | X _____<br>Signature<br>_____<br>Date<br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/09)

**United States Bankruptcy Court
Southern District of Florida**

**IN RE:**                                                                           Case No. _____

**Freeman, Maria J**_____   Chapter **11**_____
Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
# CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: ***/s/ Maria J. Freeman***_____

Date: **January 2, 2013**_____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Southern District of Florida**

**IN RE:**                                                                                              Case No. _____

**Freeman, Maria J**                                                                          Chapter **11**
_____
                          Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **January  2, 2013**          Signature: _/s/ Maria J. Freeman_
                                                    **Maria J. Freeman**                                                            Debtor

Date: _____   Signature: _____
                                                                                                                         Joint Debtor, if any

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Southern District of Florida**

IN RE:                                                                                         Case No. _____

**Freeman, Maria J**_____                                    Chapter **11**_____
                        Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................................................................. $ __**350.00/hr**__

   Prior to the filing of this statement I have received ................................................................ $ __**8,500.00**__

   Balance Due ............................................................................................................................. $ _____

2. The source of the compensation paid to me was:   ☑ Debtor   ☐ Other (specify):

3. The source of compensation to be paid to me is:   ☑ Debtor   ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters~~;
   e. [Other provisions as needed]
   **Plus filing Fees and Costs of $1,500.00**

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:
   **Depositions, Adversary Proceedings, Contested Matters, Extraordinary Motions as set forth in the Retainer Agreement**

---

### CERTIFICATION

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A). I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

____**January 2, 2013**_____          ____**/s/ Chad T. Van Horn**_____
            Date                                          Signature of Attorney

                                         **Van Horn Law Group P.A.**_____
                                                      Name of Law Firm

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

```
3er Step Recovery Housing Group, Inc
547 NW 9th Avenue, Suite # 2
Fort Lauderdale, FL   33311


AFNI
POB 3097
Bloomington, IL   61702


Apim LLC
22568 Mission Blvd, Suite 525
Hayward, CA   94541


Bank Of America
POB 982235
El Paso, TX   79998


Bank Of America
POB 17054
Wilmington, DE   19850


Broward County Tax Collector
Governmental Center
115 S Andrews Ave
Fort Lauderdale, FL   33301-1895


California School Of Law
5276 Hollister Ave, Suite 262
Santa Barbara, CA   93111


Capital One
PO Box 30281
Salt Lake City, UT   84130-0281


Chase
POB 24696
Columbus, OH   43224
```

Chenara Anderson
1520 NW 4th Street
Fort Lauderdale, FL   33311


ChiropracticUsa
300 N.W 70th Avenue, Suite 100
Plantation, FL   33317


City Of Fort Lauderdale CRA
Attn: City Attorney Office
100 N. Andrews Ave.
Fort Lauderdale, FL   33301


Cornelis Hopman/Allyson Valenzuela
8022 NW 72nd Street
Tamarac, FL   33321


Credit Council, Inc.
1400 Miami Gardens Drive, Suite 216
North Miami Beach, FL   33179


Dept Of Education/Nelnet
121 S 13th St
Lincoln, NE   68508


Dermatologic Laser & Surgery Center
6550 N Federal Hwy
Fort Lauderdale, FL   33308


Douglas Dixon
8429 Hollis Lane
Vienna, VA   22182


First Federal Credit And Collection
POB 813787
Hollywood, FL   33021

```
Gerald Properies C/O Viking Group
Riviera Beach, FL   33404


GMAC Mortgage
POB 4622
Waterloo, IA   50704


Internal Revenue Service
POB 7346
Philadelphia, PA   19101


James Levine
254 N. State Road 7
Margate, FL   33063


Johnson & Walters P.A.
Suite 300,  1401 North University Drive
Coral Springs, FL   33071


Joseph Mann & Creed
20600 Chagrin Blvd, Suite 550
Shaker Heights, FL   44122


Karen McNair
Suite 301. 1401 North University Drive
Coral Springs, FL   33071


Mccabe, Smith, Reynolds & Associates
1701 East Atlantic Blvd., Suite 5
Pompano Beach, FL   33060


Memorial Healthcare Systems
2900 Corporate Way
Miramar, FL   33025
```

Morgan, Oilsen & Olsen, LLP
633 S Federal Highway, Suite 400 A
Fort Lauderdale, FL   33301


NCO Financial
POB 15372
Wilmington, DE   19850


NCO Financial Systems, Inc
507 Prudential Road
Horsham, PA   19044


OCWEN Loan Servicing
12650 Ingenuity Dr
Orlando, FL   32826


Orthopaedic Associates USA
350 N Pine Island Rd, Suite 200
Plantation, FL   33324


Plantation Billing Center
POB 189016
Plantation, FL   33318


Priority One Credit Union
POB 9264
Fort Lauderdale, FL   33310


Property Asset Mgmt, Inc.
C/O Udren Law Offices
4651 Sheridan St, Ste #460
Hollywood, FL   33021


Regent Bank
1100 Southeast 3rd Avenue
Fort Lauderdale, FL   33316

Revenue Sys
28870 US 19 N
Clearwater, FL   33761


RJM Adquisitions LLC.
575 Underhill Blvd, Suite 224
Syosset, NY   11791-3416


Robert Stephenson
1118 Orren Street
NE Washington, DC   20002


Select Physical Therapy
4716 Gettysburg Road
Mechanicsburg, PA   17055


South Florida Regional Planning Council
3440 Hollywood Blvd, Ste 140
Hollywood, FL   33021


Specialized Loan Services
8742 Lucent Blvd. Ste 300
Highlands Ranch, CO   80129


State Collection Service Inc.
POB 2509 S Stougnton Rd
Madison, WI   53716

**United States Bankruptcy Court**
**Southern District of Florida**

IN RE:  Case No. _____

**Freeman, Maria J**  Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Regent Bank** **1100 Southeast 3rd Avenue** **Fort Lauderdale, FL  33316** | **Attn: Brian Faust** | **Mortgage** | **Unliquidated** | 1,988,500.00 Collateral: 325,000.00 Unsecured: 1,663,500.00 |
| **Bank Of America** **POB 982235** **El Paso, TX  79998** | | **Mortgage** | **Unliquidated** | 410,000.00 Collateral: 81,480.00 Unsecured: 328,520.00 |
| **South Florida Regional Planning Council** **3440 Hollywood Blvd, Ste 140** **Hollywood, FL  33021** | | **Mortgage** | **Unliquidated** | 300,000.00 Collateral: 325,000.00 Unsecured: 300,000.00 |
| **Specialized Loan Services** **8742 Lucent Blvd. Ste 300** **Highlands Ranch, CO  80129** | | **Mortgage** | **Unliquidated** | 297,000.00 Collateral: 83,200.00 Unsecured: 213,800.00 |
| **Specialized Loan Services** **8742 Lucent Blvd. Ste 300** **Highlands Ranch, CO  80129** | | **Mortgage** | **Unliquidated** | 243,000.00 Collateral: 64,430.00 Unsecured: 178,570.00 |
| **Douglas Dixon** **8429 Hollis Lane** **Vienna, VA  22182** | | **Mortgage** | **Unliquidated** | 400,000.00 Collateral: 250,000.00 Unsecured: 150,000.00 |
| **Chase** **POB 24696** **Columbus, OH  43224** | | **Mortgage** | **Unliquidated** | 180,000.00 Collateral: 80,810.00 Unsecured: 99,190.00 |
| **Chase** **POB 24696** **Columbus, OH  43224** | | **Mortgage** | **Unliquidated** | 120,000.00 Collateral: 51,370.00 Unsecured: 68,630.00 |
| **James Levine** **254 N. State Road 7** **Margate, FL  33063** | | **Mortgage** | **Unliquidated** | 120,000.00 Collateral: 80,000.00 Unsecured: 40,000.00 |

| | | | | |
|---|---|---|---|---|
| **Karen McNair**<br>**Suite 301. 1401 North University Drive**<br>**Coral Springs, FL  33071** | **Johnson & Walters P.A.**<br>**Suite 300,  1401 North University Drive**<br>**Coral Springs, FL  33071** | | | **27,398.09** |
| **Dept Of Education/Nelnet**<br>**121 S 13th St**<br>**Lincoln, NE  68508** | | | | **20,500.00** |
| **OCWEN Loan Servicing**<br>**12650 Ingenuity Dr**<br>**Orlando, FL  32826** | | **Mortgage** | **Unliquidated** | **19,969.00**<br>**Collateral:**<br>**81,480.00**<br>**Unsecured:**<br>**19,969.00** |
| **GMAC Mortgage**<br>**POB 4622**<br>**Waterloo, IA  50704** | | **Mortgage** | **Unliquidated** | **231,000.00**<br>**Collateral:**<br>**224,140.00**<br>**Unsecured:**<br>**6,860.00** |
| **Mccabe, Smith, Reynolds & Associates**<br>**1701 East Atlantic Blvd., Suite 5**<br>**Pompano Beach, FL  33060** | | | | **4,092.00** |
| **Morgan, Oilsen & Olsen, LLP**<br>**633 S Federal Highway, Suite 400 A**<br>**Fort Lauderdale, FL  33301** | | | | **3,082.32** |
| **California School Of Law**<br>**5276 Hollister Ave, Suite 262**<br>**Santa Barbara, CA  93111** | | | | **2,741.00** |
| **Apim LLC**<br>**22568 Mission Blvd, Suite 525**<br>**Hayward, CA  94541** | | | | **2,371.00** |
| **Credit Council, Inc.**<br>**1400 Miami Gardens Drive, Suite 216**<br>**North Miami Beach, FL  33179** | | | | **1,975.00** |
| **Revenue Sys**<br>**28870 US 19 N**<br>**Clearwater, FL  33761** | | | | **1,837.00** |
| **Revenue Sys**<br>**28870 US 19 N**<br>**Clearwater, FL  33761** | | | | **1,779.00** |

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **January  2, 2013**        Signature    */s/ Maria J. Freeman*
                                 of Debtor                                                             **Maria J. Freeman**

Date: _____    Signature
                                 of Joint Debtor
                                 (if any)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only