United States Bankruptcy Court
Southern District of Florida

In re:                                                                  Case No. 13-10017-JKO
Maria J Freeman                                                         Chapter 11
        Debtor
## CERTIFICATE OF NOTICE

District/off: 113C-0           User: banoovong           Page 1 of 2              Date Rcvd: Jan 03, 2013
                               Form ID: CGFI2            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2013.
db           +Maria J Freeman,    POB 14303,    Ft Lauderdale, FL 33302-4303

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust           +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Jan 04 2013 02:47:40      Office of the US Trustee,
               51 S.W. 1st Ave.,    Suite 1204,    Miami, FL 33130-1614
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**


**Date: Jan 05, 2013**                   **Signature:**        _Joseph Speetjens_

```
District/off: 113C-0            User: banoovong             Page 2 of 2                  Date Rcvd: Jan 03, 2013
                                Form ID: CGFI2              Total Noticed: 2


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 3, 2013 at the address(es) listed below:
              Chad T Van Horn    on behalf of Debtor Maria Freeman chad@cvhlawgroup.com,
               Jay@cvhlawgroup.com;DeadlinesandHearings@gmail.com;Steve@cvhlawgroup.com;Martha@cvhlawgroup.com;D
               aniel@cvhlawgroup.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
                                                                                             TOTAL: 2
```

CGFI2 (8/1/11)

# United States Bankruptcy Court
**Southern District of Florida**
www.flsb.uscourts.gov

Case Number: 13–10017–JKO

Chapter: 11

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Maria J Freeman
POB 14303
Ft Lauderdale, FL 33302
SSN: xxx–xx–9783

## NOTICE OF DEADLINE(S) TO CORRECT FILING DEFICIENCY(IES)

**NOTICE IS HEREBY GIVEN TO THE DEBTOR** that the above referenced case, which was filed on **January 2, 2013**, contains one or more filing deficiency(ies) which must be corrected. **Failure to correct a deficiency on or before the deadline posted below the listed deficiency may result in dismissal of this case without further notice.** Deficiencies in items listed below may include failure to file the document, failure to sign the document or failure to submit the document on a form that substantially conforms to an Official Bankruptcy Form. Links to all required Official Bankruptcy Forms and AO Director's national forms and to local rules, forms, instructions and guidelines are on the court website www.flsb.uscourts.gov.

**DEFICIENCY(IES) in your case:**  You must correct the following deficiency(ies) by the date indicated below each deficiency.

**Schedules of assets and liabilities.** The following schedules were not filed.
**Deadline to correct deficiency: 1/16/13**

Official Bankruptcy Form B6 Summary of Schedules and/or (Part two Statistical Summary only required in individual debtor cases)

Official Bankruptcy Form B6A Real Property

Official Bankruptcy Form B6B Personal Property

Official Bankruptcy Form B6C Property Claimed As Exempt

Official Bankruptcy Form B6D Creditors Holding Secured Claims

Official Bankruptcy Form B6E Creditors Holding Unsecured Priority Claims

Official Bankruptcy Form B6F Creditors Holding Unsecured Nonpriority Claims

Official Bankruptcy Form B6G Executory Contracts and Unexpired Leases

Official Bankruptcy Form B6H Codebtors Form

Official Bankruptcy Form B6I Current Income of Individual Debtor(s)

Official Bankruptcy Form B6J Current Expenditures of Individual Debtor(s)

**Declaration Concerning Debtor's Schedules** (Official Bankruptcy Form B6 Declaration) was not filed or was not signed.
**Deadline to correct deficiency: 1/16/13**

- [x] Declaration not filed
- [ ] Declaration not signed
- [ ] Declaration must be filed with deficient schedules listed above

**Statement of Financial Affairs** (Official Bankruptcy Form B7) not filed completely or was not signed. See Bankruptcy Rule 1007(b) and (c).
**Deadline to correct deficiency: 1/16/13**

- [x] Statement not filed
- [ ] Statement not signed

☐ Statement incomplete

**Statement of Current Monthly Income** (Official Bankruptcy Form 22B) not filed. See Bankruptcy Rule 1007(b) and (c).
**Deadline to correct deficiency: 1/16/13**

**Copies of all payment advices or other evidence of payment received within 60 days before the filing of the petition as required by 11 U.S.C. §521(a)(1)(B)(iv)** for the **Debtor**. See Bankruptcy Rule 1007(b) and (c) and Local Rule 1007−1(F). Payment advices are deficient as indicated: **PAYMENT ADVICES NOT FILED**
**Deadline to correct deficiency: 1/16/13**

**Please also be advised** of the following local requirements when correcting any deficiency related to filing of petitions, schedules, statements or lists:

1. The Local Form "Debtor's Notice of Compliance with Requirements for Amending Creditor Information" (LF−04) and the Official Bankruptcy Form "Declaration Concerning Debtor's Schedules" must accompany the filing of any paper submitted subsequent to the filing of the initial service matrix. [See Bankruptcy Rules 1007 and 1009, and Local Rules 1007−2(B) and 1009−1(D)]. If the paper you are filing to correct the deficiency requires you to amend your service matrix, please review the "Clerk's Instructions for Preparing, Submitting and Obtaining Service Matrices" for additional format, fee and other requirements; and

2. The Local Form "Declaration Under Penalty of Perjury to Accompany Electronically Filed Petitions, Schedules and Statements" (LF−11) must accompany any electronically filed schedule or statement filed without an imaged signature.

**Dated:** 1/3/13                                                                 **CLERK OF COURT**
                                                                                   By: Bea Banoovong , Deputy Clerk

*Copies to:*   Debtor
                    *Attorney for Debtor*