ORDERED in the Southern District of Florida on July 11, 2013



John K. Olson, Judge
United States Bankruptcy Court

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

In re: MARIA J. FREEMAN            Chapter 11
Debtor(s),                         CASE No: 13-10017-JKO

### ORDER CONFIRMING TERMINATION OF THE AUTOMATIC STAY FOR PURSUANT TO 11 U.S.C. §362(c)(3) and §362(j)

THIS CAUSE came on for consideration pursuant to the Motion to Confirm Termination of the Automatic Stay with Certificate (ECF No. 114) filed by HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp., Home Equity Loan Trust, Series 2006-FM2, Asset Backed Pass-Through Certificates, as serviced by Select Portfolio Servicing, Inc. (**"Movant"**), a secured creditor in the above-styled cause.

The record reveals that the Debtor filed the following previous bankruptcy case: 12-19908-JKO, dismissed on May 14, 2012. On May 7, 2013, the Court found that "On February 2, 2013, the automatic stay terminated pursuant to 11 U.S.C. §§362(c)(3) and 362(j). This Order is without prejudice to the rights of the parties to seek any further or different relief, or modification of this

FL-97000590-12                     1

Order" in the Agreed Final Order Authorizing Debtor's Use of Cash Collateral (ECF No. 85). No order continuing the stay having been entered under §362(c)(3)(B) within thirty days of the filing of the present case.

In accordance with 11 U.S.C. §362(c)(3), if an individual debtor files a case and a case of the debtor was pending within the preceding 1-year period but was dismissed (other than a dismissal under §707(b)), the stay under §362(a) with respect to any action taken with respect to a debt or property securing such debt shall terminate with respect to the debtor on the 30th day after the filing of the later case. The Court, having considered said Motion and the Certificate Confirming Termination of the Automatic Stay, finds it appropriate to confirm relief and therefore it is

**ORDERED:**

1. The Motion for Order Confirming Termination of the Automatic Stay filed by Movant is **GRANTED**.

2. The automatic stay provided by 11 U.S.C. Section 362 was terminated as to Movant, its Successors and Assigns by operation of law pursuant to § 362(c)(3) as 30 days have elapsed since the filing of the Bankruptcy and no Order Continuing the Automatic stay was entered. Accordingly, the automatic stay is modified to permit the Movant to commence and prosecute a mortgage foreclosure action in state court against real property, the legal description of which is described below.

> **Lot 12, Block 5, TUSKEGEE PARK, according to the Plat thereof, as recorded in Plat Book 3, Page 9, of the Public Records of Broward County, Florida.**
>
> commonly known as: **1017 NW 5th Street, Ft. Lauderdale, Florida 33311.** (The "**Property**").

3. The entry of this Order does not prevent the Debtor(s) from reinstating or paying off the amounts due and owing, including bankruptcy attorney's fees and costs, as permitted by state law

and the Note and Mortgage.

4. This Order is entered for the sole purpose of allowing Movant, its Successors and/or Assigns, to commence, prosecute, and complete through judgment, sale, certificate of title and possession, a mortgage foreclosure against the property described above. Movant, its Successors and/or Assigns, shall not seek or obtain an *in personam* judgment against the Debtors.

5. ~~As the stay terminated by operation of law on February 2, 2013, the 14-day stay period imposed by Fed.R.Bankr.P. 4001(a)(3) is inapplicable.~~ /JwO/

####

Submitted by: /s/ Owen Hare
                Owen Hare   Bar ID No: 89053
                Morris|Hardwick|Schneider, LLC
                9409 Philadelphia Road
                Baltimore, MD 21237
                Phone: (410) 284-9600 Ext 15108
                Email: ohare@closingsource.net

Attorney for Owen Hare is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.