UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 13-10017-JKO
In re:                                                                Chapter 11

MARIA J. FREEMAN,

    Debtor.
_____/

## U.S. BANK NATIONAL ASSOCIATION'S RESPONSE TO THE DEBTOR'S MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY

U.S. Bank National Association, not in its individual capacity but solely as Trustee for RMAC Trust, Series 2013-3T ("Secured Creditor") responds to the Motion to Value and Determine Secured Status of Lien on Real Property (the "Motion") (Doc. No. 91) filed by Maria J. Freeman (the "Debtor"). In support of its Response, Secured Creditor states as follows:

### BACKGROUND

1. <u>Debtors' Bankruptcy Case</u>. On January 1, 2013 (the "Petition Date"), the Debtor filed the above-captioned Chapter 11 bankruptcy case in the United States Bankruptcy Court for the Southern District of Florida, Fort Lauderdale Division.

2. <u>The Note and Mortgage</u>. As alleged by the Debtor in the Motion, Secured Creditor holds a mortgage lien against the Debtor's real property located at 907 N.W. 4th Street, Fort Lauderdale, Florida 33311 (the "Property").

3. <u>Motion to Value</u>. On June 7, 2013, the Debtor filed the Motion, seeking to value the Property at $102,780.00, which is less than the amount of Secured Creditor's claim against the Property.

**RELIEF REQUESTED**

4.  <u>Request for Time to Conduct Appraisal</u>.  Secured Creditor disagrees with the value of the Property proposed by the Debtor, and requests time to conduct its own appraisal of the Property.

**WHEREFORE**, Secured Creditor, respectfully requests entry of an order denying the Debtor's Motion.

**I HEREBY CERTIFY** that on July 12, 2013, a true and correct copy of the foregoing was served by U.S. Mail, First Class, and/or electronic transmission to Chad T. Van Horn, Esq., 330 N. Andres Ave. #450, Ft. Lauderdale, FL 33301; United States Trustee - MIA 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130; Maria J. Freeman, PO Box 14303, Ft. Lauderdale, FL 33302 and those parties receiving CM/ECF service.

                                                                                                                   McCALLA RAYMER, LLC

By:  /s/ Eitan G. Gontovnik
     Eitan G. Gontovnik
     Florida Bar No. 0086763
     110 S.E. 6th Street, Suite 2400
     Ft. Lauderdale, FL 33301
     Phone:  (954) 332-9364
     Fax:  (754) 242-9667
     Email:  egg@mccallaraymer.com