

**ORDERED in the Southern District of Florida on July 26, 2013.**

John K. Olson, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:
MARIA J. FREEMAN                                    Case No.: 13-10017-JKO
    Debtor in Possession.                          Chapter 11

_____/

**AGREED ORDER GRANTING DEBTOR'S MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY LOCATED AT 434 NW 7th TERRACE, FORT LAUDERDALE, FLORIDA**
**(Modifying Rights JP Morgan Chase Bank, N.A.)**

**THIS MATTER** came before the Court on July 16, 2013 at 10:30 a.m. to consider Debtor's Motion to Value and Determine Secured Status of Lien on Real Property Located at 434 NW 7th Terrace, Fort Lauderdale, Florida. The Property is encumbered by a mortgage originally held by Ameriquest Mortgage Company executed on January 10, 2005 and recorded

on January 28, 2005 in the Broward County Public Records in the face amount of $121,000.00 at Book #38962 and Page #1840. On March 6, 2008, Ameriquest Mortgage Company recorded an assignment of the mortgage to WM Specialty Mortgage, LLC with the Broward County Public Records, at Book #46005 and Page #1455. Upon information and belief, the mortgage is now held by J.P. Morgan Chase Bank, N.A. ("Chase") as successor by merger to WM Specialty Mortgage, LLC. Pursuant to Proof of Claim #10-1 filed by Chase on March 22, 2013, its claim is $148,341.70, which includes interest or other charges in addition to the unpaid principal balance.

The Court having reviewed the record, it is

**ORDERED** that:

1. Debtor's Motion is Granted.

2. The Value of the Real Property located at 434 NW 7th Terrace, Fort Lauderdale, Florida shall be as agreed to: $58,000.00;

3. Chase's mortgage shall be secured in the amount of $58,000.00 ("Secured Amount");

4. Per the agreed valuation, Chase shall retain a secured claim in the amount of $58,000.00 and an unsecured claim in the amount of $90,341.70.

5. Debtor shall continue to be responsible for the payment of all post-petition taxes and insurance and shall escrow the amount of $131.62 beginning ten (10) days following the entry of this Order and continuing on a monthly basis thereafter. In addition, the Plan will provide for the repayment, on the effective date of the Plan, of all outstanding post-petition escrow advances. To Date, Chase has incurred post-petition escrow advances in the amount of $456.00 on February 19, 2013 for forced-places flood insurance.

6. Chase reserves its right to file an objection to confirmation of Debtor's Plan of Reorganization and/or an election pursuant to 11 U.S.C. §1111(b), upon the filing of the Plan and Disclosure Statement.

7. Should the Debtor fail to complete all plan payments, fail to obtain a discharge, or this case is dismissed or converted to Chapter 7, the original lien shall remain in full effect.

###

Submitted by:

Chad T. Van Horn, Esq.
Archer Bay, P.A.
330 N. Andrews Ave., Suite 450
Fort Lauderdale, Florida 33301
(954) 765-3166
(954) 756-7103 (fax)
Cvanhorn@archerbay.com

(Attorney Van Horn is directed to serve a copy of this order upon all interested parties and file a certificate of service.)