

**ORDERED in the Southern District of Florida on October 4, 2013.**

**John K. Olson, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

                                                   Case No.: 13-10017-BKC-JKO

MARIA J. FREEMAN                      Chapter 11

        Debtor.

_____/

### ORDER CONTINUING HEARING ON DEBTOR'S MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROEPRTY LOCATED AT 1118 ORREN STREET, NE, WASHINGTON D.C. [DE 92]

THIS MATTER came to be heard on October 1, 2013 at 10:30 a.m., for consideration of

the Debtor's Motion to Value and Determine Secured Status of Lien on Real Property Located at

1118 Orren Street NE, Washington, D.C. (the "Motion"). [DE #92]. For the reasons stated on the

record, and with good cause having been shown, it is:

**ORDERED** as follows:

1.  The hearing on the Motion is **CONTINUED**.

2.  The continued hearing date for consideration of the Motion is November 5, 2013 at 10:30

a.m., at 299 East Broward Blvd., Courtroom 301(JKO), Fort Lauderdale, Florida 33301.

###

Submitted by:

Chad T. Van Horn, Esq.
VAN HORN LAW GROUP, P.A.
330 North Andrews Ave., Suite 450
Fort Lauderdale, Florida 33301
(954) 765-3166
(954) 756-7103 (facsimile)
Chad@cvhlawgroup.com

(Attorney Van Horn is directed to mail a conformed copy of this Order on all interested parties immediately upon receipt of same.)