**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:                                                    Case No.: 13-10017-BKC-PGH
                                                          Chapter 11
MARIA J. FREEMAN

    Debtor(s)
_____/

**CERTIFICATE OF SERVICE FOR ORDER CONTINUING HEARING [DE 144]**

    I HEREBY CERTIFY that true copy of the Order Continuing Hearing [DE 144] was presumed served via CM/ECF to all parties registered in the ECF system. Additionally, the parties listed in the Manual Notice List were served in the manner indicated.

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Alice A Blanco**    flecf@aclawllp.com
- **Samantha Carr**    sacarr@logs.com, electronicbankruptcynotices@logs.com
- **Eitan G Gontovnik**    egg@mccallaraymer.com, flbkecf@mccallaraymer.com
- **Owen G Hare**    ohare@closingsource.net,
- **Hollie N Hawn**    hhawn@broward.org, swulfekuhle@broward.org
- **Wanda D Murray**    bankruptcynotices@KASSLAW.com,
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **Zana Michelle Scarlett**    Zana.M.Scarlett@usdoj.gov
- **Allison D Thompson**    bkfiling@consuegralaw.com
- **Chad T Van Horn**    Chad@cvhlawgroup.com,
- **Melissa Youngman**    may@mccallaraymer.com, flbkecf@mccallaraymer.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

<No Manual Recipients>


DATED: October 7, 2013

                                                **VAN HORN LAW GROUP, P.A.**
                                                330 N. Andrews Ave., Suite 450
                                                Fort Lauderdale, Florida 33301
                                                (954) 765-3166
                                                (954) 756-7103 (facsimile)
                                                Chad@cvhlawgroup.com
                                                By: /s/ Chad T. Van Horn, Esq.
                                                ~~FBN: 64500~~