United States Bankruptcy Court
Southern District of Florida

In re:  
Maria J Freeman  
     Debtor

Case No. 13-10017-JKO  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 113C-0　　　User: harpers　　　Page 1 of 1　　　Date Rcvd: Feb 25, 2014  
　　　　　　　　　　　　Form ID: trc　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2014.
91100303　　+JPMorgan Chase Bank, N.A.,　c/o Samantha Carr,　Shapiro, Fishman and Gache, LLP,　4630 Woodland Coorporate Blvd.,　Suite 100,　Tampa, FL 33614-2429

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2014　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2014 at the address(es) listed below:

　　　Alice A Blanco　　on behalf of Creditor　　PennyMac Loan Services, LLC flecf@aclawllp.com  
　　　Allison D Thompson　　on behalf of Creditor　　Specialized Loan Servicing, Llc bkfiling@consuegralaw.com  
　　　Chad T Van Horn　　on behalf of Debtor Maria J Freeman Chad@cvhlawgroup.com, jay@cvhlawgroup.com;DeadlinesandHearings@gmail.com;Martha@cvhlawgroup.com;Dan@cvhlawgroup.com;Mily@cvhlawgroup.com;Milagros@cvhlawgroup.com  
　　　Eitan G Gontovnik　　on behalf of Creditor　　U.S. Bank National Association egg@mccallaraymer.com, flbkecf@mccallaraymer.com  
　　　Hollie N Hawn, Esq　　on behalf of Creditor　　Broward County hhawn@broward.org, swulfekuhle@broward.org  
　　　John D Schlotter　　on behalf of Creditor　　PennyMac Loan Services, LLC ecfmail@aclawllp.com  
　　　Melissa Youngman, Esq.　　on behalf of Creditor　　U.S. Bank National Association may@mccallaraymer.com, flbkecf@mccallaraymer.com  
　　　Office of the US Trustee　　USTPRegion21.MM.ECF@usdoj.gov  
　　　Owen G Hare, Esq.　　on behalf of Creditor　　HSBC Bank USA, National Association, as Trustee ohare@closingsource.net, gwise@closingsource.net;mpeery@closingsource.net;flecf@closingsource.net  
　　　Samantha Carr　　on behalf of Creditor　　JPMC Specialty Mortgage LLC f/k/a WM Specialty Mortgage LLC sacarr@logs.com, electronicbankruptcynotices@logs.com  
　　　Samantha Carr　　on behalf of Creditor　　JPMC Specialty Mortgage LLC sacarr@logs.com, electronicbankruptcynotices@logs.com  
　　　Wanda D Murray　　on behalf of Creditor　　U.S. Bank National Association bankruptcynotices@KASSLAW.com, WMurray@kasslaw.com  
　　　Zana Michelle Scarlett　　on behalf of U.S. Trustee　　Office of the US Trustee Zana.M.Scarlett@usdoj.gov  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 13

210B (12/09)

# United States Bankruptcy Court

Southern District of Florida
Case No. 13-10017-JKO
Chapter 11

In re: Debtor(s) (including Name and Address)

Maria J Freeman
POB 14303
Ft Lauderdale FL 33302

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/24/2014.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 7: JPMorgan Chase Bank, N.A., c/o Samantha Carr, Shapiro, Fishman and Gache, LLP, 4630 Woodland Coorporate Blvd., Suite 100, Tampa, FL 33614 | PennyMac Loan Services, LLC<br>6101 Condor Drive<br>Suite 310<br>Moorpark, CA 93021 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   02/27/14

Katherine Gould Feldman
**CLERK OF THE COURT**