IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT LAUDERDALE DIVISION

In Re:

MARIA J FREEMAN

                        Debtor(s)

_____/

CASE NO. 13-10017-JKO

CHAPTER 11

## JOINT MOTION TO SUBSTITUTE COUNSEL

      Undersigned counsel, pursuant to applicable Federal Rules of Bankruptcy Procedure and Local Rule 2091-1, jointly requests an order of this Court approving the substitution of counsel removing Allison D. Thompson as attorney of record for SPECIALIZED LOAN SERVICING, LLC AS SERVICING AGENT FOR DEUTSCHE BANK NATIONAL TRUST COMAPNY, AS TRUSTEE FOR GSAMP TRUST 2007- HSBC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HSBC1 in this case.

      The Client, SPECIALIZED LOAN SERVICING, LLC AS SERVICING AGENT FOR DEUTSCHE BANK NATIONAL TRUST COMAPNY, AS TRUSTEE FOR GSAMP TRUST 2007- HSBC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HSBC1, has been notified and consents to the substitution of counsel.  The undersigned attorneys are unaware of any objections to the substitution and request the ex parte entry of the proposed Agreed Order Substituting Counsel.  All future correspondence, pleadings, notices and other court filings should be directed to:

Kevin A. Comer
Law Office of Daniel C. Consuegra
9204 King Palm Drive
Tampa, Florida 33619
(813) 915-8660
Email: bkfiling@consuegralaw.com

| SUBSTITUTING ATTORNEY: | SUBSTITUTED ATTORNEY: |
|---|---|
| By: /s/ Kevin A. Comer<br>Florida Bar No.: 55553<br>Law Office of Daniel C. Consuegra<br>9204 King Palm Drive<br>Tampa, FL 33619<br>813-915-8660<br>Email: bkfiling@consuegralaw.com | By: /s/ Allison D. Thompson<br>Florida Bar No.: 36981 |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing with attachments has been served either by electronic or standard first class mail this 22nd day of August, 2014 to MARIA J FREEMAN, POB 14303, FT LAUDERDALE, FL 33302; CHAD VAN HORN, ESQUIRE, 330 N ANDREWS AVE #450, FT LAUDERDALE, FL 33301; ; UNITED STATES TRUSTEE, 51 SOUTHWEST FIRST AVENUE, SUITE 1204, MIAMI, FL 33130; AND CREDITORS LISTED ON THE 1007(D) PARTIES-IN-INTEREST LIST.

/s/ Kevin A. Comer
Law Offices of Daniel C. Consuegra, P.L.
**X Kevin A. Comer/Florida Bar #55553**
   Steve D. Tran/Florida Bar #14822
   Dessa Willson/Florida Bar #66384
9204 King Palm Drive
Tampa, Florida 33619-1328
bkfiling@consuegralaw.com
Tel (813) 915-8660
Fax (813) 664-8889
Attorney for Creditor