

**ORDERED in the Southern District of Florida on August 22, 2014.**

John K. Olson, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**
www.flsb.uscourts.gov

In Re:                                              CASE NO. 13-10017-JKO

                                                    CHAPTER 13

MARIA J FREEMAN

_____Debtors_____/

### AGREED ORDER SUBSTITUTING COUNSEL

This matter came before the Court upon the Joint Motion to Substitute Counsel (D.E. 168), and based on the record, it is

**ORDERED:**

1. The Joint Motion to Substitute Counsel is GRANTED. The following attorney shall be substituted as attorney of record for SPECIALIZED LOAN SERVICING, LLC AS SERVICING AGENT FOR DEUTSCHE BANK NATIONAL TRUST COMAPNY, AS TRUSTEE FOR GSAMP TRUST 2007- HSBC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HSBC1:

    Kevin A. Comer, Esq.

Law Office of Daniel C. Consuegra, P.L

2. Allison D. Thompson is removed as attorney of record and shall be relieved of any further responsibilities to SPECIALIZED LOAN SERVICING, LLC AS SERVICING AGENT FOR DEUTSCHE BANK NATIONAL TRUST COMAPNY, AS TRUSTEE FOR GSAMP TRUST 2007- HSBC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HSBC1

###

Attorney Kevin A. Comer is directed to mail a conformed copy of this Order to all interested parties and to file a Certificate of Service with the clerk of the Bankruptcy Court.

Submitted by:

Kevin A. Comer, Esquire
Law Offices of Daniel C. Consuegra, PL
9204 King Palm Drive
Tampa, FL 33619
(813) 915-8660
bkfiling@consuegralaw.com