# UNITED STATES BANKRUPTCY COURT
## Southern DISTRICT OF Florida
### Ft Lauderdale DIVISION

IN RE:

Maria Freeman

DEBTOR.

CASE NUMBER: 13-10017

JUDGE JKO

CHAPTER 11

## DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
FROM Sept 1, 2014 TO Sept. 30, 2014

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: _____

_____
Attorney for Debtor

Debtor's Address and Phone Number:
PO Box 14303
FT. LAUD. FL
33302
Tel. 954-534-2220

Attorney's Address and Phone Number:
330 Andrews Ave.
Ste 450
FT. LAUD. FL 33301
Bar No.
Tel. 954-765-3164

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the followng resources on the United States Trustee Program website, http://www.usdoj.gov/ust/r21/reg_info.htm.
1) Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: | |
|---|---|
| Case Number: | |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

| | Month Sept 2014 | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | 59.27 | 34590.48 |
| CASH- Beginning of Month (Business) | 68.80 | 33559.85 |
| | | |
| Total Household Receipts | 14644.10 | 202534.73 |
| Total Business Receipts | 9694.46 | 108743.87 |
| Total Receipts | 24466.63 | 379429.01 |
| | | |
| Total Household Disbursements | 10280.65 | 198066.50 |
| Total Business Disbursements | 8433.26 | 56576.98 |
| Total Disbursements | 18713.91 | 305480.99 |
| | | |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | 5752.72 | 73948.06 |
| | | |
| CASH- End of Month (Individual) | 4422.72 | 39013.28 |
| CASH- End of Month (Business) | 1330.10 | 34889.86 |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| TOTAL DISBURSEMENTS (From Above) | 18713.91 | 305481.01 |
|---|---|---|
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | 0 | 2225.48 |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | 18713.91 | 305481.01 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This _____ day of _____ 20____.

_____
Debtor's Signature

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month Sept. 2014 | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month | 59.27 | 34590.56 |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | 14,327.43 | 199,910.06 |
| Wages from Other Sources (attach list to this report) | | |
| Interest or Dividend Income — checkcard returns | — | 68.62 |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | | |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Other (specify) (attach list to this report) - transfer from Acct 1750 | 376.67 | 2556.05 |
| **TOTAL RECEIPTS** | 14,703.37 | 232,080.29 |
| **CASH DISBURSEMENTS** | | |
| ~~Alimony or Child Support Payments~~ Prof Dues | 491.95 | 1532.90 |
| ~~Charitable Contributions~~ Postage | 24.08 | 518.94 |
| Gifts   Food/Equipment Rental - Memorial | — | 335.71 |
| Household Expenses/Food/Clothing | 1196.84 | 22,674.48 |
| Household Repairs & Maintenance | — | 11,855.45 |
| Insurance | | |
| IRA Contribution | | |
| Lease/Rent Payments - River Reach Lease Payments | — | 28,340.— |
| Medical/Dental Payments   Insurance/Gym membership | 105 | 5459.45 |
| Mortgage Payment(s) | | |
| Other Secured Payments | | |
| Taxes - Personal Property | | |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) - Payroll Taxes | 5502.95 | 34,672.77 |
| Travel & Entertainment | 75.46 | 13,774.18 |
| Tuition/Education | 134.60 | 8341.47 |
| Utilities (Electric, Gas, Water, Cable, Sanitation) Phone | — | 6286.38 |
| Vehicle Expenses - tolls, parking, gas, repairs, insurance | 715.27 | 14,589.40 |
| Vehicle Secured Payment(s) | | |
| U. S. Trustee Quarterly Fees | — | 3250 |
| Professional Fees (Legal, Accounting) | | |
| Other (attach schedule) bank fees | 34.50 | 664.20 |
| transfer to saving acct 4411 | — | 300.— |
| transfer to business acct 1750 | 2000 | 9073.79 |
| **Total Household Disbursements** | 10,280.65 | 197,987.36 |
| **CASH** - End of Month (Must equal reconciled bank statement- Attachment No. 2) | 4422.72 | 39,018.18 |

## SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month Sept 2014 | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month | 68.80 | 33559.85 |
| | | |
| **BUSINESS CASH RECEIPTS** | | |
| Cash Sales | | |
| Account Receivable Collection | 2014.46 | 36718.60 |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Rental Income | 7680 | 70061.33 |
| Sale of Business Assets (attach list to this report) | | |
| Other (specify) (attach list to this report) Transfer from Suntrust acct 1743 | — | 1963.04 |
| **Total Business Receipts** | 9763.26 | 142302.22 |
| | | |
| **BUSINESS CASH DISBURSEMENTS** | | |
| Net Payroll (Excluding Self) | — | 30267.37 |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | | |
| Taxes - Payroll | 3800 | 5960 — |
| Taxes - Sales | | |
| Taxes Other (attach schedule) | | |
| Contract Labor (Subcontractors) | — | 3875 — |
| Inventory Purchases | — | 4200 — |
| Secured/Lease Payments (Business) Adequate Protection Payments | 859.62 | 9952.22 |
| Utilities (Business) | 1237.77 | 12390.45 |
| Insurance | — | 15997.25 |
| Vehicle Expenses | | |
| Travel & Entertainment | | |
| Repairs and Maintenance | 2100 | 14630.34 |
| Supplies | 99.70 | 787.28 |
| Charitable Contributions/Gifts | | |
| Purchase of Fixed Assets | | |
| Advertising | — | 445 — |
| Bank Charges | 19.50 | 1132.31 |
| Other (attach schedule) Transfer to Suntrust acct 1743 | 316.67 | 2684.48 |
| **Total Business Disbursements** | 8433.26 | 107410.97 |
| | | |
| **CASH** - End of Month (Must equal reconciled bank statement - Attachment No. 2) | 1330.00 | 34892.86 |

### QUESTIONNAIRE

| | | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business during this reporting period? | | ✓ |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account? | | ✓ |
| 3. | Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | ✓ |
| 4. | Have any payments been made on pre-petition liabilities this reporting period? | | ✓ |
| 5. | Have any post-petition loans been received by the debtor from any party? | | ✓ |
| 6. | Are any post-petition payroll taxes past due? | | ✓ |
| 7. | Are any post-petition state or federal income taxes past due? | | ✓ |
| 8. | Are any post-petition state or local sales taxes past due? | | ✓ |
| 9. | Are any post-petition real estate taxes past due? | | ✓ |
| 10. | Are any amounts owed to post-petition creditors/vendors delinquent? | | ✓ |
| 11. | Are any wage payments past due? | | ✓ |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

### INSURANCE INFORMATION

| | | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | ✓ | |
| 2. | Are all premium payments current? | ✓ | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

### CONFIRMATION OF INSURANCE

| TYPE of POLICY and CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
|---|---|---|---|
| Property, Wind, Flood, general liability | 12/13 - 12/14 | 495.62 | 0 |
| | | | |
| | | | |

___ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

### DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 2

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | Suntrust | Suntrust | | |
| Account Number: | 1750 | 1743 | | |
| Purpose of Account (Business/Personal) | Operating | Personnel | | |
| Type of Account (e.g. checking) | Checking | Checking | | |
| 1. Balance per Bank Statement | 1330.— | 4422.72 | | |
| 2. ADD: Deposits not credited (attach list to this report) | | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | | | | |
| 4. Other Reconciling Items (attach list to this report) | | | | |
| 5. Month End Balance (Must Agree with Books) | 1330.— | 4422.72 | | |
| TOTAL OF ALL ACCOUNTS | | | | $5752.72 |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

10/26/2014     SunTrust - Online Banking
Case 13-10017-JKO    Doc 181    Filed 10/28/14    Page 7 of 18
Return to Standard View

## OPERATING ACCOUNT - 1750
Available Balance: $462.43 | Edit Nickname



Show: [All Transactions]  For: [3 Months]  Starting: [Today]  GO »

| Date | Description | Debit ( - ) | Credit ( + ) | Balance |
|---|---|---|---|---|
| 10/06/2014 | FROM DEPOSIT ACCOUNT OVERDRAFT TRANSFER CREDIT | | $49.02 | $12.50 |
| 10/06/2014 | ELECTRONIC/ACH DEBIT DC WATER UTIL BILL 0190705 | $36.52 | | -$36.52 |
| 10/03/2014 | OVERDRAFT PROTECTION TRANSFER FEE | $12.50 | | $0.00 |
| 10/03/2014 | FROM DEPOSIT ACCOUNT OVERDRAFT TRANSFER CREDIT | | $1,182.50 | $12.50 |
| 10/03/2014 | CHECK #2136 | $2,000.00 | | -$1,170.00 |
| 10/01/2014 | CHECK #2135 | $1,100.00 | | $830.00 |
| 10/01/2014 | DEPOSIT | | $600.00 | $1,930.00 |
| 09/30/2014 | DEPOSIT | | $1,330.00 | $1,330.00 |
| 09/29/2014 | OVERDRAFT PROTECTION TRANSFER FEE | $12.50 | | $0.00 |
| 09/29/2014 | FROM DEPOSIT ACCOUNT OVERDRAFT TRANSFER CREDIT | | $14.46 | $12.50 |
| 09/29/2014 | ELECTRONIC/ACH DEBIT WASHINGTON GAS PAYMENT 0120101027 | $15.03 | | -$1.96 |
| 09/29/2014 | CHECK #2131 | $131.32 | | $13.07 |
| 09/29/2014 | CHECK #2130 | $364.00 | | $144.39 |
| 09/26/2014 | CHECK #2134 | $1,100.00 | | $508.39 |
| 09/25/2014 | CHECK #2128 | $364.00 | | $1,608.39 |
| 09/25/2014 | CHECK #2133 | $1,000.00 | | $1,972.39 |
| 09/23/2014 | DEPOSIT | | $2,800.00 | $2,972.39 |
| 09/22/2014 | CHECK #2132 | $2,800.00 | | $172.39 |
| 09/22/2014 | BANK ASSISTED TRANSFER TRANSFER FROM CHK 1743 CONFIRM NBR 214105745 | | $2,000.00 | $2,972.39 |
| 09/19/2014 | ELECTRONIC/ACH DEBIT COMCAST WASHINGT WASHINGTON 12737104 | $112.96 | | $972.39 |
| 09/17/2014 | CHECK #2129 | $1,000.00 | | $1,085.35 |
| 09/16/2014 | MAINTENANCE FEE | $7.00 | | $2,085.35 |
| 09/15/2014 | CHECK #2126 | $100.00 | | $2,092.35 |
| 09/12/2014 | DEPOSIT | | $500.00 | $2,192.35 |
| 09/11/2014 | CHECK #2127 | $1,000.00 | | $1,692.35 |

Previous | Next

## OPERATING ACCOUNT - 1750
Available Balance: $462.43 | Edit Nickname


SunTrust

Show: All Transactions    For: 3 Months    Starting: Today    GO »

| Date | Description | Debit ( - ) | Credit ( + ) | Balance |
|---|---|---|---|---|
| 09/08/2014 | ELECTRONIC/ACH DEBIT Pepco UTILITYPMT 1522346053 | $60.50 | | $2,692.35 |
| 09/05/2014 | ELECTRONIC/ACH DEBIT DC WATER UTIL BILL 0190705 | $36.52 | | $2,752.85 |
| 09/05/2014 | OVERDRAFT PROTECTION TRANSFER | $25.49 | | $2,789.37 |
| 09/03/2014 | ATM DEPOSIT | | $2,750.00 | $2,814.86 |
| 09/03/2014 | OVERDRAFT PROTECTION TRANSFER | $291.18 | | $64.86 |
| 09/02/2014 | ELECTRONIC/ACH DEBIT WASHINGTON GAS PAYMENT 0120101027 | $12.76 | | $356.04 |
| 09/02/2014 | DEPOSIT | | $300.00 | $368.80 |
| 08/25/2014 | DEPOSIT | | $100.00 | $68.80 |
| 08/20/2014 | IMPRINTED CHECK/DEPOSIT CHARGE DELUXE CHECK CHK ORDERS | $31.20 | | -$31.20 |
| 08/19/2014 | OVERDRAFT PROTECTION TRANSFER FEE | $12.50 | | $0.00 |
| 08/19/2014 | FROM DEPOSIT ACCOUNT OVERDRAFT TRANSFER CREDIT | | $538.44 | $12.50 |
| 08/19/2014 | ELECTRONIC/ACH DEBIT COMCAST WASHINGT WASHINGTON 12737104 | $112.96 | | -$525.94 |
| 08/15/2014 | MAINTENANCE FEE | $7.00 | | -$412.98 |
| 08/14/2014 | EXTENDED OVERDRAFT FEE | $36.00 | | -$405.98 |
| 08/13/2014 | OVERDRAFT ITEM FEE | $36.00 | | -$369.98 |
| 08/13/2014 | CHECK #2113 | $131.62 | | -$333.98 |
| 08/12/2014 | OVERDRAFT PROTECTION TRANSFER FEE | $12.50 | | -$202.36 |
| 08/12/2014 | FROM DEPOSIT ACCOUNT OVERDRAFT TRANSFER CREDIT | | $477.00 | -$189.86 |
| 08/12/2014 | CHECK #2120 | $100.00 | | -$666.86 |
| 08/07/2014 | RETURNED ITEM FEE | $36.00 | | -$566.86 |
| 08/07/2014 | OVERDRAFT ITEM FEE | $72.00 | | -$530.86 |
| 08/07/2014 | ELECTRONIC/ACH DEBIT Pepco UTILITYPMT 1522346053 | $70.42 | | -$458.86 |
| 08/07/2014 | CHECK #2123 | $415.18 | | -$388.44 |
| 08/07/2014 | CHECK #2124 | $723.26 | | $26.74 |
| 08/07/2014 | DEPOSIT | | $750.00 | $750.00 |

Previous | Next

10/20/2014 — SunTrust - Online Banking
Case 13-10017-JKO    Doc 181    Filed 10/28/14    Page 9 of 18

Welcome, Online Banker! | Profile | Messages | Alerts | Sign Off          Help?   Chat Now

Overview   **Accounts**   Transfers   Pay Bills   Customer Service

## PERSONAL ACCT - 1743
Available Balance: $419.36 | Edit Nickname

Select a Different Account ▼

I Want to ...
View or Print My Statement
Set Up Account Alerts
Make a Transfer
Understand Balances and Fees
Dispute a Transaction
Search For a Transaction

More Topics »

Summary   **Transactions**   Statements   Alerts

View All | Search | Download | Printer Friendly Version

Show: [All Transactions ▼]   For: [3 Months ▼]   Starting: [Today ▼]   GO »

| Date | Description | Debit (-) | Credit (+) | Balance |
|---|---|---|---|---|
| 10/07/2014 | CHECK CARD PURCHASE 8151 EXTRA SPACE STORA 08015625556 FL | $231.74 | | $2,679.13 |
| 10/07/2014 | OVERDRAFT PROTECTION TRANSFER | $49.02 | | $2,910.87 |
| 10/06/2014 | CHECK CARD PURCHASE BOSTON MARKET 0141 FT. LAUDERDALFL | $4.55 | | $2,959.89 |
| 10/06/2014 | CHECK CARD PURCHASE CHEVRON 0201911 NORTH LAUDERDFL | $60.01 | | $2,964.44 |
| 10/06/2014 | OVERDRAFT PROTECTION TRANSFER | $1,182.50 | | $3,024.45 |
| 10/03/2014 | CHECK CARD PURCHASE ELEGANT BEAUTY SUPPLIE POMPANO BEACHFL | $9.52 | | $4,206.95 |
| 10/03/2014 | CHECK CARD PURCHASE PUBLIX #774 WILTON MANORSFL | $15.88 | | $4,216.47 |
| 10/03/2014 | CHECK CARD PURCHASE REGAL CINEMSA CYPRESS FT LAUDERDALEFL | $22.50 | | $4,232.35 |
| 10/03/2014 | CHECK CARD PURCHASE SHELL OIL 57543661904 DAVIE FL | $26.58 | | $4,254.85 |
| 10/02/2014 | CHECK CARD PURCHASE PPL*FOCUS T25 800-998-1681 CA | $68.29 | | $4,281.43 |
| 10/02/2014 | CHECK CARD PURCHASE USPS 11304102435201383 FORT LAUDERDAFL | $73.00 | | $4,349.72 |
| 09/30/2014 | CHECK CARD PURCHASE THE HOME DEPOT 6372 FT LAUDERDALEFL | $9.51 | | $4,422.72 |
| 09/30/2014 | CHECK CARD PURCHASE SAFEGUARD LOCK & SAFE FORT LAUDERDAFL | $16.96 | | $4,432.23 |
| 09/30/2014 | CHECK CARD PURCHASE PUBLIX #1097 FORT LAUDERDAFL | $59.65 | | $4,449.19 |
| 09/30/2014 | CHECK CARD PURCHASE CHICO'S #0217 FT. LAUDERDALFL | $121.56 | | $4,508.84 |
| 09/30/2014 | DEPOSIT | | $3,940.00 | $4,630.40 |
| 09/30/2014 | OVERDRAFT PROTECTION TRANSFER | $14.46 | | $690.40 |
| 09/29/2014 | CHECK CARD PURCHASE SQ *3RD STEP RECOVERY FORT LAUDERDAFL | $1.00 | | $704.86 |
| 09/29/2014 | CHECK CARD PURCHASE THE FRESH MARKET - FORT LAUDERDAFL | $4.99 | | $705.86 |
| 09/29/2014 | CHECK CARD PURCHASE LITTLE CAESARS #2233 FORT LAUDERDFL | $15.90 | | $710.85 |
| 09/29/2014 | ATM DEPOSIT | | $400.00 | $726.75 |
| 09/26/2014 | CHECK CARD PURCHASE THE FRESH MARKET - FORT LAUDERDAFL | $44.96 | | $326.75 |
| 09/26/2014 | CHECK CARD PURCHASE SAVE-A-LOT # 45010 FORT LAUDERDAFL | $58.73 | | $371.71 |
| 09/26/2014 | CHECK CARD PURCHASE AMOCO FOOD SHOP QPS FORT LAUDERDAFL | $69.99 | | $430.44 |
| 09/24/2014 | CHECK CARD PURCHASE OFFICE DEPOT #3284 SUNRISE FL | $4.24 | | $500.43 |

Previous | Next

## PERSONAL ACCT - 1743
Available Balance: $419.36 | Edit Nickname


SunTrust

Show: All Transactions    For: 3 Months    Starting: Today    GO »

| Date | Description | Debit ( - ) | Credit ( + ) | Balance |
|---|---|---|---|---|
| 09/24/2014 | CHECK CARD PURCHASE STATE OF FL DBPR 08504871395 FL | $77.00 | | $504.67 |
| 09/24/2014 | CHECK CARD PURCHASE STATE OF FL DBPR 08504871395 FL | $77.00 | | $581.67 |
| 09/24/2014 | CHECK CARD PURCHASE CSN*COLLECTIBLE COINS 800-604-2761 AZ | $109.90 | | $658.67 |
| 09/23/2014 | CHECK CARD PURCHASE BOSTON MARKET 0416 TAMARAC FL | $11.22 | | $768.57 |
| 09/23/2014 | CHECK CARD PURCHASE USPS 11304895525200064 FORT LAUDERDAFL | $24.08 | | $779.79 |
| 09/23/2014 | CHECK CARD PURCHASE HESS 09304 FT LAUDERDALEFL | $35.03 | | $803.87 |
| 09/23/2014 | CHECK CARD PURCHASE HESS 09304 FT LAUDERDALEFL | $40.00 | | $838.90 |
| 09/23/2014 | CHECK CARD PURCHASE CHICOS #726 COCONUT CREEKFL | $140.00 | | $878.90 |
| 09/23/2014 | DEPOSIT | | $400.00 | $1,018.90 |
| 09/22/2014 | CHECK CARD PURCHASE BURGER KING #43 Q07 FORT LAUDERDAFL | $13.10 | | $618.90 |
| 09/22/2014 | CHECK CARD PURCHASE LITTLE CAESARS #2233 FORT LAUDERDFL | $15.90 | | $632.00 |
| 09/22/2014 | CHECK CARD PURCHASE PUBLIX #787 TAMARAC FL | $19.86 | | $647.90 |
| 09/22/2014 | BANK ASSISTED TRANSFER TRANSFER TO CHK 1750 CONFIRM NBR 214105745 | $2,000.00 | | $667.76 |
| 09/19/2014 | CHECK CARD PURCHASE HESS 09304 FT LAUDERDALEFL | $70.25 | | $2,667.76 |
| 09/18/2014 | CHECK CARD PURCHASE POPEYES CHICKEN #1 SUNRISE FL | $14.82 | | $2,738.01 |
| 09/18/2014 | CHECK CARD PURCHASE COUNTY RECORDS 09543577300 FL | $32.00 | | $2,752.83 |
| 09/18/2014 | CHECK CARD PURCHASE COUNTY RECORDS 09543577300 FL | $47.00 | | $2,784.83 |
| 09/18/2014 | CHECK CARD PURCHASE COUNTY RECORDS 09543577300 FL | $47.00 | | $2,831.83 |
| 09/18/2014 | ATM CASH WITHDRAWAL WEST FT LAUDERDALE #2 FT LAUDERDALEFL | $500.00 | | $2,878.83 |
| 09/18/2014 | CHECK #1068 | $1,100.00 | | $3,378.83 |
| 09/17/2014 | CHECK CARD PURCHASE WALGREENS #4483 TAMARAC FL | $13.75 | | $4,478.83 |
| 09/17/2014 | CHECK CARD PURCHASE PUBLIX #787 TAMARAC FL | $37.77 | | $4,492.58 |
| 09/16/2014 | MAINTENANCE FEE | $7.00 | | $4,530.35 |
| 09/16/2014 | CHECK CARD PURCHASE BOSTON MARKET 0279 PLANTATION FL | $20.42 | | $4,537.35 |

# PERSONAL ACCT - 1743
Available Balance: $419.36 | Edit Nickname


SUNTRUST

Show: [ All Transactions ] For: [ 3 Months ] Starting: [ Today ] GO »

| Date | Description | Debit ( - ) | Credit ( + ) | Balance |
|---|---|---|---|---|
| 09/16/2014 | ATM CASH WITHDRAWAL WEST FT LAUDERDALE #2 FT LAUDERDALEFL | $100.00 | | $4,614.54 |
| 09/16/2014 | NON SUNTRUST ATM FEE ATM CASH WITHDRAWAL FEE | $2.50 | | $4,714.54 |
| 09/16/2014 | ATM CASH WITHDRAWAL 0915 FL000833 000000005003 | $402.95 | | $4,717.04 |
| 09/16/2014 | OVER-THE-COUNTER WITHDRAWAL | $4,000.00 | | $5,119.99 |
| 09/16/2014 | DEPOSIT | | $4,000.00 | $9,119.99 |
| 09/16/2014 | CHECK CARD CREDIT WAL-MART #2591 PEMBROKE PINEFL | | $17.43 | $5,119.99 |
| 09/12/2014 | DEPOSIT | | $5,000.00 | $5,102.56 |
| 09/11/2014 | CHECK CARD PURCHASE PUBLIX #1094 FORT LAUDERDAFL | $13.44 | | $102.56 |
| 09/11/2014 | CHECK CARD PURCHASE DR. JASON EVANS, PA FT. LAUDERDALFL | $70.00 | | $116.00 |
| 09/09/2014 | CHECK CARD PURCHASE HAPPYFEET USA 1 ORLANDO FL | $35.00 | | $186.00 |
| 09/09/2014 | DEPOSIT | | $170.00 | $221.00 |
| 09/08/2014 | CHECK CARD PURCHASE 8151 EXTRA SPACE STORA 08015625556 FL | $117.26 | | $51.00 |
| 09/08/2014 | CHECK CARD PURCHASE 8151 EXTRA SPACE STORA 08015625556 FL | $231.74 | | $168.26 |
| 09/08/2014 | DEPOSIT | | $400.00 | $400.00 |
| 09/04/2014 | OVERDRAFT PROTECTION TRANSFER FEE | $12.50 | | $0.00 |
| 09/04/2014 | FROM DEPOSIT ACCOUNT OVERDRAFT TRANSFER CREDIT | | $25.49 | $12.50 |
| 09/04/2014 | CHECK CARD PURCHASE STATE OF FL DBPR 08504871395 FL | $318.00 | | -$12.99 |
| 09/03/2014 | CHECK CARD PURCHASE PUBLIX #787 TAMARAC FL | $12.99 | | $305.01 |
| 09/02/2014 | OVERDRAFT PROTECTION TRANSFER FEE | $12.50 | | $318.00 |
| 09/02/2014 | FROM DEPOSIT ACCOUNT OVERDRAFT TRANSFER CREDIT | | $291.18 | $330.50 |
| 09/02/2014 | CHECK CARD PURCHASE GOLD COAST SCHOOLS TAMARAC FL | $19.95 | | $39.32 |
| 08/28/2014 | CHECK CARD PURCHASE WALGREENS #4563 FT LAUDERDALEFL | $12.02 | | $59.27 |
| 08/28/2014 | CHECK CARD PURCHASE TRIBAL SMOKE SHOP#4 FORT LAUDERDAFL | $24.00 | | $71.29 |

©2014 SunTrust Banks, Inc. SunTrust is a federally registered service mark of SunTrust Banks, Inc.
SunTrust Bank, Member FDIC. Equal Housing Lender

Securities and Insurance Products and Services:
• Are Not Bank Guaranteed • Are not FDIC or any other Government Agency Insured • May Lose Value

Services provided by the following affiliates of SunTrust Banks, Inc.: Banking and trust products and services are provided by SunTrust Bank. Securities, insurance (including annuities) and other investment products and services are offered by SunTrust Investment Services, Inc., an SEC registered investment adviser and broker-dealer, member FINRA, SIPC, and a licensed insurance agency.

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 3A**

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | Suntrust |
|---|---|
| Account Number | 1743 |
| Purpose of Account (Personal) | Personal |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| ACH | 9/2/14 | Gold Coast Schools | Real Estate License | 19.95 |
| ACH | 9/2/14 | Suntrust | Bank fee | 12.50 |
| " | 9/3 | Publix | Grocery | 12.99 |
| " | 9/4 | State of FL DBPR | Contractor's license renewal | 318.— |
| " | 9/4 | Suntrust | Bank fee | 12.50 |
| " | 9/8 | Extra Storage | Storage rental | 231.74 |
| " | 9/8 | Extra Storage | Storage rental | 117.26 |
| " | 9/9 | Happy Feet | Shoe pads | 35.00 |
| " | 9/11 | Dr. S. Evans | Podiatrist Visit | 70.— |
| " | 9/11 | Publix | Grocery | 13.44 |
| " | 9/16 | Quik Clinic | Payroll | 4.80 |
| " | 9/16 | Quik Clinic | Payroll | 402.95 |
| " | 9/16 | Suntrust | Bank fee | 2.50 |
| " | 9/16 | Marin Heenor | Misc expense | 100.— |
| " | 9/16 | Walmart | Clothing | 56.77 |
| " | 9/16 | Boston Market | meal | 20.42 |
| " | 9/16 | Suntrust | Bank maintenance fee | 7.— |
| ACH | 9/17 | Publix | Grocery | 37.77 |
| ACH | 9/17 | Walgreens | toiletries | 13.75 |
| 1068 | 9/18 | Quik Clinic | Payroll | 1,100.— |
| ACH | 9/18 | John's Auto Repair | truck repair | 500.— |
| ACH | 9/18 | Bro. Cty Revenue | Property Appraiser Appeal | 47 |
| " | 9/18 | Bro. Cty Revenue | Property Appraiser Appeal | 47 |
| " | 9/18 | Bro. Cty Revenue | Property Appraiser Appeal | 32 |
| " | 9/18 | Popeyes | meal | 14.82 |
| " | 9/18 | Hess | Gas | 70.25 |
| " | 9/22 | Suntrust acct 1750 | transfer to acct 1750 | 2,000.— |
| " | 9/22 | Publix | Grocery | 19.86 |
| " | 9/22 | Little Caesars | meal | 15.90 |
| " | 9/22 | Burger King | meal | 13.10 |
| " | 9/23 | Chicos | Clothing | 140.— |
| " | 9/23 | Hess | Gas | 40.— |
| " | 9/23 | Hess | Gas | 35.03 |
| " | 9/23 | USPS | Postage | 24.08 |
| " | 9/23 | Boston Market | meal | 11.22 |
| " | 9/24 | CSN Collectible Cars | Coin collection | 109.90 |
| " | 9/24 | State of FL DBPR | Real estate license renewal | 77.— |
| ACH | 9/24 | State of FL DBPR | Real estate license renewal | 77.— |
| | | | TOTAL | $— |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 3A**

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | Suntrust |
|---|---|
| Account Number | 1743 |
| Purpose of Account (Personal) | Personal |
| Type of Account (e.g., Checking) | checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| ACH | 9/24/10 | Office Depot | School Supplies | 4.24 |
| ACH | 9/26 | Amoco | Gas | 69.99 |
| '' | 9/26 | Sav-A-Lot | Grocery | 58.73 |
| '' | 9/26 | Fresh Market | Grocery | 44.96 |
| '' | 9/25 | Little Caesars | meal | 15.90 |
| '' | 9/25 | Fresh Market | Grocery | 4.99 |
| '' | 9/29 | 5th Step | Test Deposit | 1.00 |
| '' | 9/30 | Suntrust Acct 1750 | transfer to Bus Acct 1750 | 14.46 |
| '' | 9/30 | Chicos | Clothes | 121.54 |
| '' | 9/30 | Publix | Grocery | 59.65 |
| '' | 9/30 | Safe Guard Lock & Safe | Keys | 16.96 |
| ACH | 9/30 | Home Depot | Cleaning Supplies | 9.51 |
| | | | **TOTAL** | $10,280.63 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 3B**

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | SunTrust |
|---|---|
| Account Number | 1750 |
| Purpose of Account (Business) | OPERATING |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| ACH | 9/2/14 | Washington Gas | Gas Utility | 12.76 |
|  | 9/3 | Suntrust Acct 1743 | Transfer to Acct 1743 | 291.18 |
|  | 9/5 | Suntrust Acct 1743 | Transfer to Acct 1743 | 25.49 |
|  | 9/5 | DC Water | Water Utility | 36.52 |
|  | 9/8 | Pepco | Electric Utility | 60.50 |
| 2127 | 9/11 | Gerand Greenes | Roof & Ceiling Repairs | 1000— |
| 2126 | 9/15 | Robin Bonner | Lawn Maintenance | 100— |
| ACH | 9/16 | Suntrust | Bank Maintenance Fee | 7— |
| 2129 | 9/17 | Perry Vine | A/C motor replacement | 1070— |
| ACH | 9/19 | Comcast | Cable Utility | 112.96 |
| 2132 | 9/22 | Sixth Street | Payroll | 2800— |
| 2133 | 9/25 | Quik Clinic | Payroll | 100— |
| 2128 | 9/25 | Rushmore Loan Serv | Adequate Protection Payment | 364— |
| 2131 | 9/29 | PennyMac Loans | Adequate Protection Payment | 131.32 |
| ACH | 9/29 | Washington Gas | Gas Utility | 15.03 |
| ACH | 9/29 | Suntrust | Bank Fee | 12.50 |
| 2130 | 9/25 | Rushmore Loan Serv | Adequate Protect | 364— |
| 2134 | 9/26 | 3rd Step LLC | Utilities & repairs | 110— |
|  |  |  | **TOTAL** | 8433.26 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT -**
**INDIVIDUAL**

**ATTACHMENT NO. 3C**

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | |
|---|---|
| Account Number | |
| Purpose of Account (Business) | |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | TOTAL $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT – INDIVIDUAL**                                    **ATTACHMENT NO. 4**

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month Sept |
|---|---|---|
| Accounts Receivable Beginning Balance | 11611.16 | 11611.16 |
| Plus: Billings During the Month | 5000— | 5000 |
| Less: Collections During the Month | 9694.46 | 9694.46 |
| Adjustments or WriteOffs* | | |
| Accounts Receivable Ending Balance** | 6916.70 | 6916.70 |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month Sept |
|---|---|---|
| 0 - 30 Days | 0 | 0 |
| 31 - 60 Days | 3850 | 3850 |
| 61 - 90 Days | 0 | 0 |
| Over 90 Days | 3066.70 | 3066.70 |
| | | |
| Total Accounts Receivable** | 6916.70 | 6916.70 |

* Attach explanation of any adjustment or writeoff.

** The "current month" of these two lines must equal.

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| **Federal Taxes** | | |
| Withholding** | | |
| FICA - Employee | | |
| FICA - Employer | | |
| Unemployment | | |
| Income | | |
| Other (Attach List) | | |
| Total Federal Taxes | | |
| | | |
| **State & Local Taxes** | | |
| Withholding | | |
| Sales | | |
| Unemployment | | |
| Real Property | | |
| Personal Property | | |
| Other (Attach List) | | |
| Total State & Local Taxes | | |
| Total Post-Petition Taxes | | |

* The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

** Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 5

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | | | |
|---|---|---|---|
| | Month | Month | Month |
| Accounts Payable Beginning Balance* | | | |
| Plus: New Indebtedness During the Month | | | |
| Less: Amount Paid on Acct. Payables in Month | | | |
| Adjustments or WriteOffs** | | | |
| Accounts Payable Ending Balance | | | |

\* The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero.
\*\*Attach explanation for any adjustment or write-off.

| ACCOUNTS PAYABLE LISTING [List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]*** | | | |
|---|---|---|---|
| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
| | | | |

\*\*\* List any additional payables on a separate sheet and attach to this schedule.

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| Name of Secured Creditor / Lessor | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Number of Payments Past Due |
| Cushman Loan Serv | 364- | 0 | 364- | 0 | 0 |
| PennyMac Home Loan | 131.62 | 0 | 131.62 | 0 | 0 |
| | | | | | |
| | | | | | |