**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:

MARIA J. FREEMAN                                    CASE NO.: 13-10017-JKO
                                                    CHAPTER 11

                Debtor.
_____/

## OBJECTION TO CONFIRMATION OF PLAN

Creditor, Specialized Loan Servicing, LLC, as servicer for Deutsche Bank National Trust COmpany, as Trustee for GSAMP Trust 2007-HSBC1 Mortgage Pass-Through Certificates, Series 2007-HSBC1, treated as Class 3, objects to Debtor's Plan and states:

1.      Creditor holds a valid mortgage on the property located at 2708 NW 3rd Street, Pompano Beach, FL.

2.      The Plan references the Agreed Order Granting the Motion to Determine Secured Status [Doc. No. 146].

3.      Pursuant to the terms of the Agreed Order, if Creditor made the 1111(b) election, Creditor is entitled to have its total claim amount, $340,448.67 treated as secured, as well as a stream of payments equal to or greater than the total claim, with a present value equal to the value of the property.

4.      Creditor made the election on September 23, 2013 [Doc. No. 143].

5.      Debtor's Plan should be amended to conform to the terms of the Agreed Order.

**WHEREFORE**, Creditor respectfully requests the Court sustain its Objection and for such other and further relief as the Court deems appropriate.

                                                    */s/ Gavin Stewart*
                                                    Gavin N. Stewart, Esquire

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF electronic notice and regular mail to the parties below this 31st day of October, 2014.

**BUCKLEY MADOLE, P.C.**

*/s/ Gavin N. Stewart*
Gavin N. Stewart, Esquire
Florida Bar Number 52899
P.O. Box 22408
Tampa, FL 33622
Main Phone/Fax: (813) 321-5108
Gavin.Stewart@BuckleyMadole.com
Attorney for Secured Creditor

**<u>REGULAR MAIL</u>**
Maria J Freeman
POB 14303
Ft Lauderdale, FL 33302

**<u>VIA CM/ECF</u>**
Chad T Van Horn
330 N Andrews Ave #450
Ft Lauderdale, FL 33301

Daniel A Velasquez
330 N Andrews Ave #450
Fort Lauderdale, FL 33301

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130