UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                         )
                                               )
Maria J. Freeman,                              )    Case No.: 13-10017-BKC-JKO
                                               )
       Debtor in Possession.                   )    Chapter 11
                                               )

## CERTIFICATE OF NO RESPONSE AND REQUEST FOR ENTRY OF ORDER

Karen Valli, as Personal Representative of the Estate of Christopher Valli, deceased, by and through the undersigned attorneys, filed *Estate of Christopher Valli's Motion for Relief from Stay* (ECF #179) on October 15, 2014 (the "Motion"), pursuant to Local Rule 4001-1(C) and in support thereof hereby states as follows:

1. The Motion was timely served on all interested parties pursuant to the referenced rule as is shown on the certificate of service previously filed with the Motion.

2. The Motion contained the bulletin required by the referenced rule.

3. The deadline for responses to the Motion was October 29, 2014.

4. No objections to or requests for hearing on the Motion have been received, and as of November 10, 2014, a check of the electronic entries docketed in this case confirms that no objections to or request for hearing on the Motion have been filed.

WHEREFORE, the movant respectfully requests this Court enter an order granting the Motion and granting any and all further relief as this Court deems appropriate under the circumstances.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served via CMECF to all parties receiving notice by this method on this 10th day of November, 2014.

**RICE PUGATCH ROBINSON & SCHILLER, P.A.**
Co-Counsel for Movant
101 NE Third Ave., Suite 1800
Ft. Lauderdale, FL 33301
954-462-8000
954-462-4300 (fax)


By: /s/ Craig A. Pugatch_____
   Craig A. Pugatch.
   Florida Bar No.  653381
   capugatch@rprslaw.com


C:\Users\mlopez.LAWOFFICE.000\Desktop\Freeman case\Certificate of No Response.docx

2