# McCabe, Smith, Reynolds & Associates

1701 E. Atlantic Boulevard  
Suite 2  
Pompano Beach, Florida 33060

Telephone: (954) 781-1503  
Facsimile: (954) 783-7232

13-10017

November 10, 2014

United States Bankruptcy Court-Southern District of FL  
Clerk of the Bankruptcy Court  
Federal Building  
299 E. Broward Blvd., Room 112  
Fort Lauderdale., FL 33301

Dear Clerk of the Bankruptcy Court,

Please be advised, our address is listed incorrectly on the attached case. Please update to:

**Change Suite 5 to Suite 2**

Sincerely,

Laurie S. Jones, Agent



U. S. BANKRUPTCY COURT  
SO. DISTRICT OF FLORIDA  
NOV 12 2014  
FILED_____ RECEIVED_____